# EXHIBIT A



**KENTUCKY**
COURT OF JUSTICE

25-CI-01276

### DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL

**BOONE CIRCUIT COURT**

Filed on **07/19/2025** as **PREMISES LIABILITY** with **HON. JAMES R. SCHRAND**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 25-CI-01276 |
|---|---|

*PREMISES LIABILITY;*

| Parties | 25-CI-01276 |
|---|---|

**DAVIS, KELLY** as **PLAINTIFF / PETITIONER**

| Address |
|---|
| 14960 COOL SPRINGS |
| UNION KY 41091 |

**DAVIS, RICK** as **PLAINTIFF / PETITIONER**

| Address |
|---|
| 1460 COOL SPRINGS |
| UNION KY 41091 |

**DOE 1, JOHN** as **DEFENDANT / RESPONDENT**

| Address |
|---|
| 77 COMAIR BLVD |
| ERLANGER KY 41018 |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **07/19/2025** by way of **CERTIFIED MAIL** |
| *9236090194038324349500;* |

**DOE 2, JOHN** as **DEFENDANT / RESPONDENT**

| Address |
|---|
| 77 COMAIR BLVD |
| ERLANGER KY 41018 |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **07/19/2025** by way of **CERTIFIED MAIL** |
| *9236090194038324349517; MRU;* |

**DOE 3, JOHN** as **DEFENDANT / RESPONDENT**

| Address |
|---|
| 77 COMAIR BLVD |
| ERLANGER KY 41018 |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **07/19/2025** served / recalled on **08/01/2025** by way of **CERTIFIED MAIL** |
| *9236090194038324349531; MRU;* |

**SCHINDLER ELEVATOR CORPORATION** as **DEFENDANT / RESPONDENT**

| Memo |
|---|
| Registered Agent of Service exists.; |

| Address |
|---|
| 20 WHIPPANY ROAD |
| MORRISTOWN NJ 07960 |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **07/19/2025** served / recalled on **08/01/2025** by way of **CERTIFIED MAIL** |

923609019403832434<u>9470</u>; *Successful;*
**CIVIL SUMMONS** issued on **07/19/2025** served / recalled on **08/01/2025** by way of **LONG ARM STATUTE - SOS**
*MEMO FROM Service, :Delivered, PO Box Successful; SOS MEMO RCVD 8/4/25: WE ARE ENCLOSING THE RETURN RECEIPT CONFIRMING RECEIPT OF SUMMONS.;*
**CIVIL SUMMONS** issued on **07/19/2025** served / recalled on **07/29/2025** by way of **CERTIFIED MAIL**
923609019403832434<u>9487</u>; *Successful;*

---

**BLANK, DAVID MICHAEL** as **ATTORNEY FOR PLAINTIFF**

| Address |
|---|
| DAVID M. BLANK |
| 36 WEST FIFTH STREET |
| COVINGTON KY 41011 |

---

**THE CORPORATION TRUST COMPANY** as **REGISTERED AGENT OF SERVICE**

| Memo |
|---|
| Related party is SCHINDLER ELEVATOR CORPORATION; |

| Address |
|---|
| CORPORATION TRUST CENTER |
| 1209 ORANGE STREET |
| WILMINGTON DE 19801 |

---

| Documents | 25-CI-01276 |
|---|---|
| **COMPLAINT / PETITION** filed on **07/19/2025** | |

| Images | 25-CI-01276 |
|---|---|
| **COMPLAINT / PETITION** filed on **07/19/2025**   *Page(s): 5* | |
| **SUMMONS** filed on **07/19/2025**   *Page(s): 1* | |
| **SUMMONS** filed on **07/19/2025**   *Page(s): 1* | |
| **SUMMONS** filed on **07/19/2025**   *Page(s): 1* | |
| **SUMMONS** filed on **07/19/2025**   *Page(s): 1* | |
| **SUMMONS** filed on **07/19/2025**   *Page(s): 1* | |
| **SUMMONS** filed on **07/19/2025**   *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **07/19/2025**   *Page(s): 1* | |
| **RECEIPT** filed on **07/21/2025**   *Page(s): 0* | |
| **SUMMONS - RETURN OF SERVICE** filed on **07/30/2025**   *Page(s): 2* | |
| **SUMMONS - RETURN OF SERVICE** filed on **08/01/2025**   *Page(s): 2* | |
| **SUMMONS - RETURN OF SERVICE** filed on **08/04/2025**   *Page(s): 2* | |

**\*\*\*\* End of Case Number : 25-CI-01276 \*\*\*\***

DOCUMENT

PM

NOT ORIGINAL

08/12/2025 02:17:40

89824-8

## COMMONWEALTH OF KENTUCKY
## BOONE CIRCUIT COURT
### CIVIL DIVISION CASE NO. _____

**RICK DAVIS**                                      CASE NO. _____
**14960 COOL SPRINGS**
**UNION, KY 41091**

**AND**

**KELLY DAVIS**
**14960 COOL SPRINGS**
**UNION, KY 41091**                                              **PLAINTIFFS**

**VS.**

**SCHINDLER ELEVATOR CORPORATION**
**20 WHIPPANY ROAD**
**MORRISTOWN, NEW JERSEY  07960**
**Please Serve:**
**Schindler Elevator Corporation**
  **c/o Kentucky Secretary of State**
**Pursuant to KRS Section 454.210**

**Please Also Serve:**
**Schindler Elevator Corporation**
**c/o The Corporation Trust Company**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, Delaware 19801**

**AND**

**JOHN DOE 1-3**
(name and address unknown)
Serve:  Kenton County Airport Board
77 Comair Blvd.
Erlanger, KY 41018                                          **DEFENDANTS**

## COMPLAINT

    Come now Plaintiffs, by and through counsel and for their Complaint and cause of action

hereby states as follows:

*Presiding Judge: HON. JAMES R. SCHRAND (654281)*

*COM : 000001 of 000005*

Filed                 25-CI-01276 07/19/2025         David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/12/2025 02:17:40
PM
89824-8

## I.   <u>INTRODUCTION</u>

This is an action for personal injuries sustained by Plaintiff Rick Davis, at the Cincinnati/Northern Kentucky Airport ("Airport") on July 23, 2024, as a result of a defective and dangerous escalator at the Airport identified as escalator 3-1B, which, without warning, accelerated and then abruptly stopped, causing Plaintiff, Rick Davis to be abruptly jerked back and forth, causing injury.

## II.   <u>PARTIES</u>

1.   At all time relevant hereto, Plaintiffs Rick and Kelly Davis are residents of Union, Boone County, Kentucky.

2.   Defendant Schindler Elevator Corporation (hereinafter "Schindler"), is a Delaware corporation which has contracted to perform all necessary maintenance, repairs, and/or replacement of elevators and escalators within the Greater Cincinnati Northern Kentucky International Airport, located in Boone County, Kentucky, with the Kenton County Airport Board ("KCAB").  Further, Defendant Schindler Corporation agreed, pursuant to Contract dated September 18, 2018, to "protect, defend, indemnify and hold KCAB and its directors, officers, employees, agents, servants, and representatives harmless from and against any and all liabilities … arising out of the acts or omissions of [Schindler] … regardless of where the injury, death or damage may occur …" in relation to its performance of conveyance systems maintenance at CVG.

3.   At all times relevant hereto, Defendant John Doe 1, through 3 (name and address Unknown), are the management and/or maintenance employee(s) of KCAB charged with the ministerial duty of inspection, reporting to Schindler, closing the escalator for maintenance, and repairs, maintenance, replacement and alternative to Schindler's exclusive control, operation of the Schindler Escalators.

## III.   <u>JURISDICTION VENUE</u>

4.   This Court has original jurisdiction over this matter is that the amount in controversy

Presiding Judge: HON. JAMES R. SCHRAND (654281)

COM : 000002 of 000005

Filed

DOCUMENT

PM

NOT ORIGINAL

08/12/2025 02:17:40

89824-8

25-CI-01276 07/19/2025          David S. Martin, Boone Circuit Clerk

exceeds the minimum jurisdiction limits of this Court.

5.   The Court has personal jurisdiction over each Defendant because they operate or conduct business in the Commonwealth of Kentucky.

6.   Venue is proper in that the conduct and injury complained of in this Complaint occurred in this county.

## IV.   ALLEGATION AND CLAIMS – NEGLIGENCE

7.   On or about July 23, 2024, Plaintiff Rick Davis was a lawful business invitee at the Greater Cincinnati Northern Kentucky Airport.  As he was riding an escalator at the CVG airport, the subject escalator accelerated and then came to a sudden and abrupt stop, causing Mr. Davis to be suddenly and without warning, jerked forward and back, causing Plaintiff to suffer serious injuries to his back, spine, and body as a whole.

8.   Defendant, Schindler, owed a duty of reasonable care to maintain the escalators for use by business invitees, at the CVG Airport, including to Plaintiff, Rick Davis, among others.

9.   Defendant Schindler breached this duty of reasonable care by failing to properly service, maintain and replace the escalator as needed, and by carelessly failing to provide reasonably safe escalators for use by business invitees on July 23, 2024, at CVG.

10. At all times relevant hereto, Defendants John Doe 1-3 were charged with the ministerial duty of inspection, reporting to Schindler, closing the escalator for maintenance and repairs, maintenance, replacement and alternative to Schindler's exclusive control, operation of the Schindler Escalators.

11. At all times relevant hereto, Defendants Schindler and John Doe's 1-3 owed Plaintiff a duty to design, construct and maintain the Schindler escalators in a reasonably safe condition, to inspect said premises and operations and facilities for any unreasonably dangerous conditions, to discover any unreasonably dangerous conditions, to correct any unreasonably dangerous conditions, and to warn Plaintiff of any unreasonably dangerous condition, including but not limited to warning that the Schindler escalators were in improper and dangerous working order.

12. On or about July 23, 2024, Defendants Schindler and John Doe's 1-3 were negligent, negligent per se, careless, reckless and wanton in that they failed to maintain the Schindler

Presiding Judge: HON. JAMES R. SCHRAND (654281)

COM : 000003 of 000005

Filed                    25-CI-01276 07/19/2025          David S. Martin, Boone Circuit Clerk

NOT ORIGINAL
DOCUMENT
08/12/2025 02:17:40
PM
89824-8

Escalator in a reasonable manner, free from defects and knew or should have known that the subject escalator was unreasonably dangerous for pedestrian use, including for Plaintiff Rick Davis.

13.  Defendants Schindler and John Doe's 1-3 were further negligent, negligent per se, reckless and wanton in that they negligently designed, maintained and operated the Schindler escalator creating an unreasonably dangerous condition.

14. On or about July 23, 2024, Defendants Schindler and John Doe's 1-3 were negligent, negligent per se, careless, reckless and wanton in that they failed to inspect the premises for the aforementioned unreasonably dangerous condition, and failed to discover said unreasonably dangerous condition.

15.  The subject escalator was under the exclusive control of Defendant Schindler Elevator Corporation, prior to, at the time of and subsequent to the fall suffered by Plaintiff, Rick Davis.

16.  Plaintiff Rick Davis is entitled to a presumption of negligence against the Defendants, on the basis of the doctrine of *res ipsa loquitur*, as this type of occurrence involving an escalator does not happen, absent negligence on the part of the Defendant.

17.  Defendant, Schindler Elevator Corporation was negligent by failing to provide reasonably safe escalators for use by business invitees on July 23, 2024.

18.  As a direct and proximate result of the Defendants negligence and/or willful and/or wanton and/or reckless misconduct, Plaintiff Rick Davis suffered, *inter alia*, back and spinal injuries, all of which are reasonably believed to be permanent in nature; has suffered severe pain and suffering, both past and in the future; has incurred reasonable and necessary hospital and medical expenses in an amount yet to be determined and reasonably believes he will incur additional medical expenses in the future; has incurred wage loss and/or impairment of earning capacity in the future; has suffered loss of enjoyment of life and reasonably believes he will continue to suffer from the loss of enjoyment of life in the future all in amount presently, undetermined but in excess of the minimal jurisdictional requirements of this Court.

Presiding Judge: HON. JAMES R. SCHRAND (654281)

COM : 000004 of 000005

## V.     LOSS OF CONSORTIUM

19.  Plaintiffs incorporate by reference paragraphs 1 through 18, inclusive, as if expressly set forth herein.

20. Plaintiff Kelly Davis was and is at all times relevant hereto the wife of Plaintiff Rick Davis.

21.  Plaintiff Rick Davis was injured as a direct and proximate result of the negligence of Defendants, as described above.

22. As a direct and proximate result, Plaintiff, Kelly Davis has and expects to continue to suffer the loss of services of her husband and otherwise suffer a loss of consortium.

**WHEREFORE**, Plaintiffs respectfully demand judgment against Defendants and an award of compensatory damage in excess of the minimum statutory limit of this Court, costs expended, pre-and post judgment interest, punitive damages and for all other relief and/or equity to which they may be entitled.

Respectfully submitted,

/s/David M. Blank
David M. Blank KY#84240
36 West Fifth Street
Covington, KY 41011
(859) 655-3000
(859) 655-3004 fax
Email:  dblaw123@gmail.com

AOC-E-105        Sum Code: CI
Rev. 9-14



Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **25-CI-01276**
Court:  **CIRCUIT**
County: **BOONE**

ORIGINAL
08/12/2025 02:17:54 PM
89824-8

---

*Plaintiff,* **DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL**, *Defendant*

TO:   **SCHINDLER ELEVATOR CORPORATION**

     **20 WHIPPANY ROAD**

     **MORRISTOWN, NJ 07960**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                 /s/ David S. Martin, Boone
                 Circuit Clerk
                 Date: **7/19/2025**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____ , 20 _____      _____
                                     Served By

                                     _____
                                     Title

Presiding Judge: HON. JAMES R. SCHRAND (654281)

CI : 000001 of 000001

Summons ID: @90005844425
CIRCUIT: 25-CI-01276 Certified Mail
DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL



Page 1 of 1

eFiled

AOC-E-105     Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **25-CI-01276**   ~~25776~~ **ORIGINAL**
Court:  **CIRCUIT**
County: **BOONE**

08/12/2025 02:17:58 PM

89824-8

---

*Plaintiff,* **DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL**, *Defendant*

TO:   **SCHINDLER ELEVATOR CORPORATION**

 **20 WHIPPANY ROAD**

 **MORRISTOWN, NJ 07960**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

 You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

 /s/ David S. Martin, Boone
 Circuit Clerk
 Date: **7/19/2025**

Presiding Judge: HON. JAMES R. SCHRAND (654281)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

 To: _____

☐ Not Served because: _____

 Date: _____, 20 _____

 _____
 Served By

 _____
 Title

CI : 000001 of 000001

Summons ID: @90005844426
CIRCUIT: 25-CI-01276 Long Arm Statute – Secretary of State
DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL



Page 1 of 1

**eFiled**



AOC-E-105        Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **25-CI-01276**
Court: **CIRCUIT**
County: **BOONE**

DOCUMENT                                          ~~ORIGINAL~~

08/12/2025 02:18:02 PM

89824-8

---

*Plaintiff,* **DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL**, *Defendant*

TO:  **THE CORPORATION TRUST COMPANY**

   **CORPORATION TRUST CENTER**

   **1209 ORANGE STREET**

   **WILMINGTON, DE 19801**

Memo: Related party is SCHINDLER ELEVATOR CORPORATION

The Commonwealth of Kentucky to Defendant:
**SCHINDLER ELEVATOR CORPORATION**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                    /s/ David S. Martin, Boone
                    Circuit Clerk
                    Date: **7/19/2025**

Presiding Judge: HON. JAMES R. SCHRAND (654281)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

                    _____
                             Served By

                    _____
                             Title

CI : 000001 of 000001

Summons ID: @90005844427
CIRCUIT: 25-CI-01276 Certified Mail
DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL



Page 1 of 1

**eFiled**



| AOC-E-105    Sum Code: CI | | Case #: | **25-CI-01276** |
| Rev. 9-14 | | Court: | **CIRCUIT** |
| Commonwealth of Kentucky | | County: | **BOONE** |
| Court of Justice    *Courts.ky.gov* | | | |

DOCUMENT

ORIGINAL

08/12/2025 02:18:06 PM

89824-8

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

---

*Plaintiff,* **DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL**, *Defendant*

TO:  **JOHN DOE 1**

**77 COMAIR BLVD**

**ERLANGER, KY 41018**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David S. Martin, Boone
Circuit Clerk
Date: **7/19/2025**

Presiding Judge: HON. JAMES R. SCHRAND (654281)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

CI : 000001 of 000001


eFiled



AOC-E-105    Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **25-CI-01276**
Court: **CIRCUIT**
County: **BOONE**

DOCUMENT    ORIGINAL

08/12/2025 02:18:10 PM

89824-8

---

*Plaintiff,* **DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL**, *Defendant*

TO:  **JOHN DOE 2**

  **77 COMAIR BLVD**

  **ERLANGER, KY 41018**

The Commonwealth of Kentucky to Defendant:

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

  /s/ David S. Martin, Boone
  Circuit Clerk
  Date: **7/19/2025**

Presiding Judge: HON. JAMES R. SCHRAND (654281)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20 _____

  _____
  Served By

  _____
  Title

CI : 000001 of 000001

---

Summons ID: @90005844429
CIRCUIT: 25-CI-01276 Certified Mail
DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL



Page 1 of 1

eFiled

AOC-E-105    Sum Code: CI
Rev. 9-14



Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **25-CI-01276**    ~~25276~~ ORIGINAL
Court: **CIRCUIT**
County: **BOONE**    08/12/2025 02:18:14 PM

89824-8

---

*Plaintiff,* **DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL**, *Defendant*

TO:  **JOHN DOE 3**
     **77 COMAIR BLVD**
     **ERLANGER, KY 41018**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David S. Martin, Boone
Circuit Clerk
Date: **7/19/2025**

Presiding Judge: HON. JAMES R. SCHRAND (654281)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____         _____
                                                    Served By

                                          _____
                                                       Title

CI : 000001 of 000001

---

Summons ID: @90005844430
CIRCUIT: 25-CI-01276 Certified Mail
DAVIS, RICK ET AL VS. SCHINDLER ELEVATOR CORPORATION ET AL



Page 1 of 1

**eFiled**

Filed   David S. Martin, Boone Circuit Clerk
NOT ORIGINAL
DOCUMENT
08/12/2025 02:18:18
PM
89824-8

**UNITED STATES POSTAL SERVICE**.

Date Produced: 07/30/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8324 3494 87. Our records indicate that this item was delivered on 07/29/2025 at 03:29 p.m. in WILMINGTON, DE 19801. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON DE 19801

Customer Reference Number:   C6061562.36858402

COR : 000001 of 000002

USPS MAIL PIECE TRACKING NUMBER:  420198019236000194028324349487

MAILING DATE:       07/21/2025
DELIVERED DATE:    07/29/2025
Custom 1: DriverId-11116109
Custom 2: PartyId-72196174
Custom 3: SummonsNum-@90005844427
Custom 4: CentralMailId-244987
Custom 5: Source County-BOONE

NOT ORIGINAL

08/12/2025 02:18:18

89824-8

MAIL PIECE DELIVERY INFORMATION:

THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON DE 19801

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 07/21/2025 12:46 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 07/21/2025 16:42 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 07/23/2025 18:10 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 07/23/2025 19:25 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 07/26/2025 11:56 | PROCESSED THROUGH USPS FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 07/27/2025 01:36 | PROCESSED THROUGH USPS FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 07/29/2025 09:04 | ARRIVAL AT UNIT | WILMINGTON,DE 19801 |
| 07/29/2025 09:15 | OUT FOR DELIVERY | WILMINGTON,DE 19801 |
| 07/29/2025 10:47 | AVAILABLE FOR PICKUP | WILMINGTON,DE 19801 |
| 07/29/2025 15:29 | DELIVERED INDIVIDUAL PICKED UP AT PO | WILMINGTON,DE 19801 |

COR : 000002 of 000002

DOCUMENT

02:18:22 PM

NOT ORIGINAL

08/12/2025

89824-8



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Boone County
6025 Rogers Lane
Burlington, KY 41005-0586

FROM:              SUMMONS DIVISION
                   SECRETARY OF STATE

RE:                CASE NO: 25-CI-01276

DEFENDANT:         SCHINDLER ELEVATOR CORPORATION

DATE:              August 1, 2025

USPS Certified Mail ID:    9202992267700103350063

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

July 21, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

July 21, 2025

We are enclosing the return receipt confirming receipt of summons.

89824-8

**UNITED STATES POSTAL SERVICE**

August 1, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9202 9922 6770 0103 3500 63.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | August 1, 2025, 1:30 pm |
| **Location:** | MORRISTOWN, NJ 07960 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

COR : 000002 of 000002

NOT ORIGINAL
DOCUMENT
08/12/2025 02:18:27
PM
89824-8

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 08/04/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8324 3494 70. Our records indicate that this item was delivered on 08/01/2025 at 01:30 p.m. in MORRISTOWN, NJ 07960. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

SCHINDLER ELEVATOR CORPORATION
20 WHIPPANY ROAD
MORRISTOWN NJ 07960

Customer Reference Number:     C6061562.36858403

COR : 000001 of 000002

USPS MAIL PIECE TRACKING NUMBER:  42007960923609019403832434 9470

MAILING DATE:        07/21/2025

DELIVERED DATE:   08/01/2025

Custom 1: DriverId-11116109

Custom 2: PartyId-72196172

Custom 3: SummonsNum-@90005844425

Custom 4: CentralMailId-244986

Custom 5: Source County-BOONE


MAIL PIECE DELIVERY INFORMATION:

SCHINDLER ELEVATOR CORPORATION
20 WHIPPANY ROAD
MORRISTOWN NJ 07960


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 07/21/2025 12:46 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 07/21/2025 16:42 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 07/23/2025 18:10 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 07/23/2025 19:25 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 07/25/2025 17:20 | PROCESSED THROUGH USPS FACILITY | KEARNY NJ DISTRIBUTION CENTER 07099 |
| 07/26/2025 08:50 | AVAILABLE FOR PICKUP | MORRISTOWN,NJ 07962 |
| 07/31/2025 03:25 | REMINDER TO SCHEDULE REDELIVERY | MORRISTOWN,NJ 07960 |
| 08/01/2025 13:30 | DELIVERED PO BOX | MORRISTOWN,NJ 07960 |

NOT ORIGINAL

08/12/2025 02:18:27

89824-8

COR : 000002 of 000002